UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**STEVEN OSBORNE,**

      **Petitioner,**

      v.                                     Case Number 2:24-cv-4029
                                                      JUDGE EDMUND A. SARGUS, JR.
                                                      Magistrate Judge Caroline H. Gentry

**WARDEN, LEBANON CORRECTIONAL INSTITUTION,**

      **Respondent.**

## ORDER

This matter is before the Court on a Report and Recommendation filed by the Magistrate Judge on October 22, 2025. (ECF No. 15.) The Magistrate Judge recommends that Petitioner Steven Osborne's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, filed with the assistance of counsel, be dismissed as time barred under the Antiterrorism and Effective Death Penalty Act of 1996, 28 U.S.C. § 2244(d). (*Id.*)

The parties were advised of their right to object to the Report and Recommendations and of the consequences of failing to do so (*Id.* PageID 246–47), but did not do so.

The Court **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation. (ECF No. 15.) Mr. Osborne's Petition is **DISMISSED** on the basis that it is time barred under 28 U.S.C. § 2244(d). A certificate of appealability will not issue with respect to any of the claims for relief alleged in the Petition because "jurists of reason" would not find it debatable whether the Court is correct in its procedural ruling. *Slack v. McDaniel*, 529 U.S. 473, 484–85 (2000). With respect to any application by Petitioner to proceed on appeal *in forma pauperis*, the Court certifies under 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not

be taken in "good faith" and **DENIES** Petitioner leave to appeal *in forma pauperis* upon a showing of financial necessity. *See* Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997).

The Clerk is **DIRECTED** to enter judgment and close the case.

**IT IS SO ORDERED.**

**12/12/2025**                                    s/Edmund A. Sargus, Jr.
**DATE**                                          **EDMUND A. SARGUS, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**